**Fill in this information to identify the case:**

Debtor name: __FMT SJ LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__ (State)

Case number (If known): __21-10521__

☒ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | Government Loan | Contingent | | | $3,000,000 |
| 2 | Otis<br>470 Lakeside Drive<br>Suite D<br>Sunnyvale, CA 94085 | Rosemary Brady<br>P: 408-727-1231 | Contract | | | | $2,279,948 |
| 3 | Accor/Fairmont Hotel Resorts<br>155 Wellington Street West<br>Suite 3300<br>Toronto, ON M5V 0C3<br>Canada | Barbara Kilner<br>P: 416-874-2859<br>Barbara.Kilner@accor.com | Contract | Unliquidated, Disputed | | | $1,979,070 |
| 4 | Accor/Fairmont Hotel Resorts<br>155 Wellington Street West<br>Suite 3300<br>Toronto, ON M5V 0C3<br>Canada | Barbara Kilner<br>P: 416-874-2859<br>Barbara.Kilner@accor.com | Contract | Contingent, Unliquidated, Disputed | | | $1,500,000 |
| 5 | City of San Jose<br>200 E Santa Clara St<br>San Jose, CA 95113 | P: 408-535-3500<br>finance@sanjoseca.gov | Government | | | | $1,063,305 |
| 6 | Pacific Gas & Electric<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | Laura Scott<br>laura.scott@pge.com<br>F: 415-973-9213 | Utility | | | | $995,139 |
| 7 | Pacific Coast Trane<br>310 Soquel Way<br>Sunnyvale, CA 94085 | fixair@trane.com | Contract | | | | $352,820 |
| 8 | Impark<br>1740 Cesar Chavez Street<br>Unit 2W<br>San Francisco, CA 94124 | P: 415-813-4246 | Contract | | | | $339,438 |

Debtor: **FMT SJ LLC**
Case number (if known): 21-10521

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | **CA Department of Tax And Revenue**<br>250 South Second Street<br>San Jose, CA 95113-2706 | P: 408-277-1231<br>F: 408-277-1513<br>sanjoseinquiries@cdtfa.ca.gov | Government | | | | $244,131 |
| 10 | **Minibar North America**<br>7340 Westmore Rd<br>Rockville, MD 20850 | P: 301-354-5055<br>F: 301-309-1115<br>info@minibarna.com | Contract | | | | $238,777 |
| 11 | **PSAV**<br>1350 N 1st St.<br>San Jose, CA 95112 | P: 650-390-7616 | Contract | | | | $202,378 |
| 12 | **Cappstone Inc.**<br>Cappstone Inc. dba No More Dirt<br>1699 Valencia Street<br>San Francisco, CA 94110 | Charles Gough<br>charles@cappstone.com | Contract | | | | $152,999 |
| 13 | **San Jose Water Co**<br>110 West Taylor St.<br>San Jose, CA 95110-2131 | P: 408-279-7900<br>customer.service@sjwater.com | Utility | | | | $149,605 |
| 14 | **Sonifi Solutions Inc**<br>777 S Figueroa St.<br>Ste. 4225<br>Los Angeles, CA 90017 | P: 888-563-4363<br>sales@sonifi.com | Contract | | | | $119,029 |
| 15 | **Fairmont Hotel- San Francisco**<br>950 Mason St.<br>San Francisco, CA 94108 | P: 415-772-5000<br>F: 415-772-5013<br>sanfrancisco@fairmont.com | Contract | | | | $96,394 |
| 16 | **Owl Energy**<br>c/o Owl Companies<br>2465 Campus Drive<br>Irvine, CA 92612 | Eric Perea | Contract | | | | $75,000 |
| 17 | **Vesta Foodservice**<br>31773 Hayman St<br>Hayward, CA 94544 | P: 510-952-8495<br>customer.service@vestafoodservice.com | Contract | | | | $58,253 |
| 18 | **Acco Engineered System**<br>2361 Qume Drive<br>San Jose, CA 95131 | P: 669.252.8800 | Contract | | | | $53,751 |
| 19 | **Siemens Industry**<br>300 New Jersey Avenue<br>Suite 1000<br>Washington, D.C. 20001 | P: 800-743-6367 | Contract | | | | $39,910 |
| 20 | **Becton, Dickinson And Company**<br>1 Becton Drive<br>Franklin Lakes, NJ 07417-1880 | P: 201-847-6800<br>F: 336-222-8819<br>tripathcustomerservice@bd.com | Contract | | | | $32,000 |

**Fill in this information to identify the case:**

Debtor name: FMT SJ LLC

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): 21-10521

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/10/2021          X */s/ Neil Demchick*
                               Signature of individual signing on behalf of debtor

                               **Neil Demchick**
                               Printed name

                               **Chief Restructuring Officer**
                               Position or relationship to debtor